Submitted June 10, 1974. *Penn B. Glazier,* Assistant Public Defender, and *Theodore S. Danforth,* Public Defender, for appellant; *Michael H. Ranck,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Martin, Appellant.

Before GLADDEN, J.

Submitted April 10, 1974. *John P. Liekar,* Public Defender, for appellant; *William A. Mitchell,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Martin, Appellant.

Before DOTY, J.

Submitted June 14, 1974. *Carol J. Clarfeld,* and *Mottola, Larkin and Clarfeld,* for appellant; *David Richman, James Garrett, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order affirmed on the opinion of DOTY, J., of the court below.